BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ARACELY GUERRERO, ) | CIVIL NO.: 1:12-cv-01100-GSA |
|     Plaintiff, ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
|     v. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of ) Social Security,[1] ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 45-days from March 25, 2013, to May 9, 2013. This is Defendant's first request for an extension of time to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload and pre-approved leave, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 8, 2013        /s/ *Marc V. Kalagian*
(As authorized via e-mail on 3/8/13)
MARC V. KALAGIAN
Attorney for Plaintiff

Dated: March 8, 2013        BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation outlined above, Defendant's opposition shall be filed no later than **May 9, 2013.**  Any reply shall be filed within fifteen (15) days of the service of the opposition.  All other orders contained in this court's scheduling order issued on July 9, 2012 (Doc. 6) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 12, 2013**            /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE